JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAJUAN KEY, | ) NO. ED CV 19-1694-DOC(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| L.J. MULUSNIC, | ) |
| Respondent. | ) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: _September 16_____, 2019.

_____/s/ David O. Carter_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE